UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MADISON ELLIS, *et al., individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> *v.* <br><br> GIAPPONE LLC, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-01558 <br><br> Judge Solomon Oliver, Jr. |

Now come Plaintiffs and Defendants, by and through undersigned Counsel, and hereby stipulate to dismissal of this matter *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully Submitted,

*s/ Ryan A. Winters*
Joseph F. Scott (0029780)
Ryan A. Winters (0086917)
**SCOTT & WINTERS LAW FIRM, LLC**
P: (216) 912-2221    F: (440) 846-1625
50 Public Square, Suite 1900
Cleveland, OH 44113
jscott@ohiowagelawyers.com
rwinters@ohiowagelawyers.com

Kevin M. McDermott II (0090455)
**SCOTT & WINTERS LAW FIRM, LLC**
P: (216) 912-2221    F: (440) 846-1625
11925 Pearl Rd., Suite 310
Strongsville, Ohio 44136
kmcdermott@ohiowagelawyers.com

*Attorneys for Plaintiffs*

*s/Robert S. Gilmore (via email consent)*
Brett S. Krantz (0069238)
Robert S. Gilmore (0037042)
Emily O. Vaisa (0093735)
**KOHRMAN JACKSON & KRANTZ LLP**
One Cleveland Center, 29th Floor
1375 East Ninth Street
Cleveland, Ohio 44114
Phone: 216-696-8700
Fax: 216-621-6536
Email: jjp@kjk.com; bk@kjk.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
11/27/2023